IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| RASTISLAV STOFAN and YEKATERINA MATVEYEVA,<br><br>Plaintiffs,<br><br>vs.<br><br>OLEKSANDR BATII, DNR EXPRESS, INC., SASHA TRUCKING, LLC, VIKTOR GORBACHYK, JOHN DOE 1-10, ABC CORP. I-X and XYZ CO., (said names being fictitious and/or unknown),<br><br>Defendants. | CIVIL ACTION NO. 2:23-cv-03461<br><br>**JURY TRIAL DEMANDED** |

**DECLARATION OF PLAINTIFFS, RASTISLAV STOFAN and YEKATERINA MATVEYEVA, RE: DOMICILE**

    Plaintiffs, Rastislav Stofan and Yekaterina Matveyeva, by and through their undersigned counsel, Lisa L. Pugliese, Esq. and the Law Offices of Curt J. Geisler, LLC, hereby submits the following Declaration, in accordance with the June 28, 2023, Test Order of Magistrate Edward S. Kiel:

    1.    Plaintiffs, Rastislav Stofan and Yekaterina Matveyeva, are domiciled in New Jersey – specifically, 87 Martha Avenue, 2nd Floor, Elmwood Park, New Jersey 07407, and accordingly, Plaintiffs are deemed to be residents and citizens of New Jersey. See 28 U.S.C.§1391 ( c )( 1 ).

Dated: July 11, 2023

Respectfully submitted,

LAW OFFICES OF CURT J. GEISLER, LLC

By: _____
Lisa L. Pugliese, Esq.
Attorney ID 022351997
215 Lanza Avenue
Garfield, NJ 07026
Attorneys for Plaintiffs
Rastislav Stofan and
Yekaterina Matveyeva

## CERTIFICATION OF SERVICE

I, Lisa L. Pugliese, Esq., of the Law Offices of Curt J. Geisler, LLC, counsel for the Plaintiffs, Rastislav Stofan and Yekaterina Matveyeva, hereby state that a true and correct copy of the foregoing Declaration of Plaintiffs, Rastislav Stofan and Yekaterina Matveyeva, Re: Domicile was served upon the following via ECF, on this 11th day of July, 2023, as follows:

*Joshua D. Leaver, Esq.*
*Law Offices of Pion, Nerone, Girman, Winslow & Smith, PC*
*2404 Park Drive, Suite 404*
*Harrisburg, PA 17110*
*jleaver@pionlaw.com*

Dated: July 11, 2023

Respectfully submitted,

LAW OFFICES OF CURT J. GEISLER, LLC

By: _____
Lisa L. Pugliese, Esq.
Attorney ID 022351997
215 Lanza Avenue
Garfield, NJ 07026
Attorneys for Plaintiffs
Rastislav Stofan and
Yekaterina Matveyeva