IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| RASTISLAV STOFAN and YEKATERINA MATVEYEVA,<br><br>Plaintiffs<br><br>v.<br><br>OLEKSANDR BATIH, DNR EXPRESS, INC., SASHA TRUCKING, LLC, VIKTOR GORBACHYK, JOHN DOE, 1-10, ABC CORP. I-X and XYZ CO., (said names being fictitious and/or unknown),<br><br>Defendants | JURY TRIAL DEMANDED<br><br>CIVIL ACTION NO. 2:23-1506-RJC |

## DISCLOSURE STATEMENT

Pursuant to LCvR 7.1 of the Western District of Pennsylvania and to enable Judges and Magistrate Judges to evaluate possible disqualification or recusal, the undersigned counsel for _____, in the above captioned action, certifies that the following are parents, subsidiaries and/or affiliates of said party that have issued shares or debt securities to the public:

or

Pursuant to LCvR 7.1 of the Western District of Pennsylvania and to enable Judges and Magistrate Judges to evaluate possible disqualification or recusal, the undersigned counsel for _____**SASHA TRUCKING, LLC**_____, in the above captioned action, certifies that there are no parents, subsidiaries and/or affiliates of said party that have issued shares or debt securities to the public.

Respectfully submitted,

**PION, NERONE, GIRMAN, WINSLOW & SMITH, P.C.**

*/s/ signature/*

Date: August 28, 2023

STEPHEN E. GEDULDIG, ESQUIRE
Attorney I.D. No. 43530
**Attorney for Defendants, Oleksandr Batih and Sasha Trucking, LLC**

## CERTIFICATE OF SERVICE

I, Stephen E. Geduldig, Esquire, of the law firm of Pion, Nerone, Girman, Winslow & Smith, P.C., counsel for the Defendants, Oleksandr Batih and Sasha Trucking, LLC, hereby state that a true and correct copy of the foregoing Disclosure Statement pursuant to LCvR 7.1 was served upon the following via electronic filing on this date as follows:

Lisa Pugliese, Esquire
Law Offices of Curt J. Geisler
215 Lanza Avenue
Garfield, NJ 07026
*lisaofgeislerlaw@yahoo.com*
***Attorney for Plaintiff***

**PION, NERONE, GIRMAN, WINSLOW & SMITH, P.C.**

Date: August 28, 2023

STEPHEN E. GEDULDIG, ESQUIRE
Attorney I.D. No. 43530
**Attorney for Defendants, Oleksandr Batih and Sasha Trucking, LLC**